PER CURIAM.

(No. 74-CC-182—Claimant )

ROBERT J. RAKERS, Claimant, *vs.* STATE OF ILLINOIS, OFFICE OF THE COMMISSION OF BANKS AND TRUST COMPANIES, Respondent.

*Opinion filed December 3, 1973.*

ROBERT J. RAKERS, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.